UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: MARTIN J. MCCARTHY and
LAURA MCCARTHY

    Debtors.
_____

MARTIN J. MCCARTHY and LAURA
MCCARTHY,

    Appellants,

v.                                    Case No.: 2:19-cv-664-FtM-38
                                      Bankr. No.: 9:17-BK-06512FMD

RAVENWOOD HOMES, LLC,

    Appellee.
_____/

## **ORDER**[1]

Before the Court is Appellee's Status Report (Doc. 18). The Court ordered both parties to file a status report by March 24, 2020. (Doc. 17 at 2). Appellants failed to do so. But Appellee thoroughly details the developments since the Court's last Order. Appellant filed two motions in the Bankruptcy Court, which are both pending. The Court will take no further action on this appeal until the Bankruptcy Court decides the pending motions. Within seven days of the Bankruptcy Court deciding those matters, the parties are directed to file separate notices with this Court.

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

The parties are **DIRECTED** to file separate notices in this Court **within seven (7) days** of the Bankruptcy Court deciding the pending motions.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of March, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record